In the Matter of SAMUEL COHEN, an Attorney.— Reference ordered before

Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.